Rigoberto TOSCANO–CORTES,
a.k.a. Rogelio Barragan–
Campos, Petitioner,

v.

Alberto R. GONZALES, Attorney
General, Respondent.

No. 06–75558.

United States Court of Appeals,
Ninth Circuit.

Submitted June 4, 2007 *.

Filed June 12, 2007.

Bruce Leichty, Esq., Law Offices of Bruce Leichty, Clovis, CA, for Petitioner.

CAC–District Counsel, Esq., Office of the District Counsel, Department of Homeland Security, Los Angeles, CA, Ronald E. LeFevre, Chief Counsel, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, Aviva L. Poczter, Esq., John W. Blakeley, DOJ–U.S. Department of Justice, Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: LEAVY, RYMER and T.G. NELSON, Circuit Judges.

MEMORANDUM **

The motion to consolidate petition for review No. 06–75558 and appeal No. 07–15407 is denied.

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Respondent's opposed motion for summary disposition is granted because the questions raised by this petition for review are so insubstantial as not to require further argument. See United States v. Hooton, 693 F.2d 857, 858 (9th Cir.1982) (per curiam) (stating standard). Accordingly, this petition for review is denied.

All other pending motions are denied as moot. The temporary stay of removal confirmed by Ninth Circuit General Order 6.4(c) shall continue in effect until issuance of the mandate.

PETITION FOR REVIEW DENIED.